### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| versus | § | CRIMINAL NO. H-09-029-15 |
| | § | CRIMINAL NO. H-09-650 |
| | § | CRIMINAL NO. H-10-592 |
| JOSE ANGEL RAMIREZ | § | |

## O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 490). The motion for continuance is GRANTED. The sentencing hearing

is reset to **June 29, 2011 at 9:30 a.m.**

SIGNED on May 16, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge