United States District Court
Southern District of Texas
**ENTERED**
August 09, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-09-00029-15 |
| § | |
| JOSE ANGEL RAMIREZ § | |

## ORDER

On June 6, 2016, the defendant, Jose Angel Ramirez, filed a motion requesting a preliminary reduction of the sentence he received following his conviction. He based his request on *Johnson v. United States*, 135 S. Ct. 2551 (2015), in which the Supreme Court struck as unconstitutionally vague the residual clause of the Armed Career Criminal Act, 18 U.S.C. § 924(e). Angel Ramirez was not convicted or sentenced under 18 U.S.C. § 924(e), and he did not receive an enhancement to the Guideline sentence under U.S.S.G. § 4B1.4. He is not eligible to have his sentence retroactively reduced on the basis enhancement made to the Guideline computations in his case. Therefore, his case is not eligible for a retroactive reduction of sentence on the basis of *Johnson* and related cases.

SIGNED on August 9, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge